IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASANDRA BUCHANAN,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN and LEXISNEXIS,<br><br>Defendants. | Case No.: 18-cv-8553<br><br>Removed from the Circuit Court of Cook County, Illinois<br><br>Cook County Case No.: 2018-M1-302641 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Experian Information Solutions, Inc., ("Experian"), incorrectly named as only "Experian" hereby files this Notice of Removal of the above-captioned action to this Court and states as follows:

1. Experian is named as a defendant in Civil Action No. 2018-M1-302641 filed in the Circuit Court of Cook County, Illinois (the "State Court Action").

2. The complaint in the State Court Action was filed with the Clerk of the Circuit Court for Cook County on December 10, 2018. A true and correct copy of the pleadings in the State Court Action is attached hereto as **Exhibit A**.

3. Experian first learned of the State Court Action on or about December 17, 2018 when its agent for process received a copy of the Complaint via regular mail.

4. This Court is the proper district court for removal because the State Court Action is pending within this district.

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as Exhibits A.

6. Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7. Although Plaintiff invokes the Illinois Fair Credit Reporting Act ("IFCRA"), her allegations are that Experian and Lexis failed to reinvestigate her disputes. (*See* Ex. A.) The IFCRA does not include any reinvestigation provisions. *See* 820 ILCS 70/30. Instead, the claims for relief against in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. § 1681i. Thus, this court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p.

8. LexisNexis Risk Solutions, Inc., the only other defendant in this case has consented to removal. (*See* Exhibit B.)

8. Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff, and shall file a copy of this Notice with the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Experian, by counsel, removes the subject action from the Circuit Court of Cook County, Illinois, to this United States District Court, Northern District of Illinois.

- 3 -

Dated: December 31, 2018                     Respectfully submitted,

*/s/ Christopher A. Hall*

Christopher A. Hall
JONES DAY
77 West Wacker Drive
Chicago, Illinois  60601-1692
Telephone: (312) 269-1539
Facsimile: (312) 782-8585
chall@jonesday.com

*Attorney for Defendants*
*Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 31, 2018, the foregoing NOTICE OF REMOVAL was sent via U.S. Mail, First Class, postage prepaid, to the recipients listed below:

Plaintiff Casandra Buchanan
639 W. 61st St., 3rd Floor
Chicago, IL 60621