Return Date: 12/31/2018
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
12/10/2018 10:32 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
20181302641

Civil Action Cover Sheet (06/06/18) CCM 0520 A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT/ _____ DISTRICT

Casandra Buchanan
Plaintiff
v.
Experian and LexisNexis
Defendant

Case No. _____
Jury Demand ● Yes ○ No
☐ I need language help in court.
I speak _____

CIVIL ACTION COVER SHEET

A Civil Action Cover Sheet shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate general category which best characterizes your action.

**Civil Case (A)**
☐ 0004 Tort not Personal Injury
☐ 1004 Tort not Personal Injury (Jury)
☐ 0007 Confession of Judgment
☐ 1007 Confession of Judgment (Jury)
☐ 0008 Replevin
☐ 1008 Replevin (Jury)
☐ 0017 Detinue
☐ 1017 Detinue (Jury Demand)
☐ 0031 Foreign Judgment
    Filing Out of State/Out of Country
☐ 0054 Registration of Administrative Judgment

**Tort/Personal Injury Case**

Any wrong or damage done to another person, such as, physical pain, illness, or any impairment of physical condition resulting from the careless or negligent actions of others. The most common cases involve auto accident injuries.

☐ 0027 Personal Injury Motor Vehicle
☐ 1027 Personal Injury Motor Vehicle (Jury)
☐ 0048 Dram Shop
☐ 1048 Dram Shop (Jury)
☐ Product Liability
☐ 0051 Personal Injury Subrogation
☐ 1051 Personal Injury Subrogation (Jury)
☐ 0057 Personal Injury Motor Vehicle Subrogation
☐ 1057 Personal Injury Motor Vehicle Subrogation (Jury)
☑ 0061 Personal Injury Other

☐ 1061 Personal Injury Other (Jury)
☐ 0063 Tort Intentional
☐ 1063 Tort Intentional (Jury)
☐ 0062 Property Damage
☐ 1062 Property Damage (Jury)

**Other Litigation Case**
(i.e. credit card agreements, any contract between two or more individuals)

☐ 0002 Breach of Contract
☐ 1002 Breach of Contract (Jury)
☐ 0071 Fraud
☐ 1071 Fraud (Jury)
☐ 0072 Consumer Fraud
☐ 1072 Consumer Fraud (Jury)
☐ 0073 Breach of Warranty
☐ 1073 Breach of Warranty (Jury)
☐ 0074 Statutory Action Complaint
☐ 1074 Statutory Action Complaint (Jury)

**Civil Case (B)**
☐ Filing an Illinois Court Judgment
☐ 0100 Petition for Discovery
    A Petition to take depositions or subpoena records before a case is filed.
☐ 0009 Name Change (Suburban Districts only)

FILED
12/10/2018 10:32 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
20181302641

Return Date: 12/31/2018

Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

**Complaint - Verified**           **(10/04/18) CCM 0008 A**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

### MUNICIPAL DEPARTMENT, _____ MUNICIPAL DISTRICT

Casandra Buchanan

Plaintiff(s)

v.

Experian and LexisNexis

Defendant(s)

Case No. _____

Contract: _____

Amount Claimed: 3000

Return Date: 12/31/2018

### COMPLAINT

The Plaintiff(s) claim(s) as follows (use last page if more space is required.):

The defendants, Experian Information Solutions Inc, and LexisNexis Risk Solutions Inc, to be referred to as Experian and LexisNexis, have violated the "Illinois Fair Credit Reporting Act" to be referred to as "IFCRA" specifically not conducting an investigation and responding in 30 days as required by the IFCRA about disputed items on my credit report as held by the defendants.

I, Casandra Buchanan, certify that I am
    (Name)

the _____ plaintiff in the above entitled action.
(Name of Attorney if applicable)

Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 2

FILED DATE 12/10/2018 10:32 AM 20181302641

2020
Summons/Small Claims Not to Exceed $10,000 (Certified Mail)     (Rev. 06/30/18) CCM N652 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### _____ MUNICIPAL DISTRICT

(Name All Parties)

Casandra Buchanan
                       Plaintiff(s)

v.

Experian and LexisNexis
                       Defendant(s)

Case No. 20181302641

Amount Claimed $ 3000.00 + Cost [crossed out/edited]

Return Date 12/31/2018 [crossed out/edited] Cost

Time ~~6:30~~ ● AM ○ PM

Return Date: 12/31/2018
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

### SUMMONS

To each Defendant:
YOU ARE SUMMONED AND REQUIRED:

To file your WRITTEN appearance by yourself or through your attorney and pay the required fee with the Clerk of the Circuit Court on or before _____ (Return Date). NOTICE TO PLAINTIFF: Not less than 14 or more than 40 days after issuance of Summons.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS ATTACHED. THERE WILL BE A FEE TO FILE YOUR APPEARANCE.

To file your appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

Witness date: 12/10/2018 10:32 AM

DOROTHY BROWN
Clerk of the Circuit Court
[Seal: CIRCUIT COURT COOK COUNTY, IL]

Casandra Buchanan _____ on oath states that the last known mailing address

of Experian and LexisNexis _____, Defendant is (See Attachment) _____ and of

_____ Defendant, is _____.

Atty. No.: 99500
Name: Casandra Buchanan
Atty. for: _____
Address: 639 W 61st St 3rd Fl
City/State/Zip Code: Chicago IL 60621
Telephone: (312) 756-9251
Primary Email: ceebuchanan@yahoo.com

[ ] Under penalties as provided by law pursuant to 735 ILCS 5/1-109 the above-signed certifies that the statements set forth herein are true and correct.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Page 1 of 2

Return Date: 12/31/2018
Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled          Location: No hearing scheduled

2020
Summons/Small Claims Not to Exceed $10,000 (Certified Mail)          (Rev. 06/30/18) CCM N652 A

FILED DATE: 12/10/2018 10:32 AM  20181302541

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### _____ MUNICIPAL DISTRICT

(Name All Parties)

Casandra Buchanan
_____
                  Plaintiff(s)

v.

Experian and LexisNexis
_____
                  Defendant(s)

Case No. 20181302641

Amount Claimed $3000.00 + Court

Return Date 12/31/2018          Cost.

Time 9:30 (●) AM ( ) PM

## SUMMONS

To each Defendant:

YOU ARE SUMMONED AND REQUIRED:

To file your WRITTEN appearance by yourself or through your attorney and pay the required fee with the Clerk of the Circuit Court on or before _____ (Return Date). NOTICE TO PLAINTIFF: Not less than 14 or more than 40 days after issuance of Summons.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS ATTACHED. THERE WILL BE A FEE TO FILE YOUR APPEARANCE.

To file your appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

Witness date: _____
12/10/2018 10:32 AM DOROTHY BROWN
Clerk of the Circuit Court

Casandra Buchanan _____ on oath states that the last known mailing address
of Experian and LexisNexis _____, Defendant is (See Attachment) _____ and of
_____ Defendant, is _____.

Atty. No: 99500
Name: Casandra Buchanan
Atty. for: _____
Address: 639 W 61st St 3rd Fl
City/State/Zip Code: Chicago IL 60621
Telephone: (312) 756-9251
Primary Email: ceebuchanan@yahoo.com

[ ] Under penalties as provided by law pursuant to 735 ILCS 5/1-109 the above-signed certifies that the statements set forth herein are true and correct.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Page 1 of 2